IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERMELIA RANDOLPH, on behalf of A.R.P., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 14-cv-1097-JPG-CJP |
| NANCY A. BERRYHILL, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying the application for social security disability benefits filed on behalf of A.R.P. is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff Jermelia Randolph on behalf of A.R.P., her minor son, and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED**:  2/28/2017

JUSTINE FLANAGAN
**Acting Clerk of Court**

BY: *s/Tina Gray*
        **Deputy Clerk**

**APPROVED:**

 *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**